## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:05CV213
### (1:03CR7)

| | |
|---|---|
| TED A. NEFF, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>_____)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's motion for reconsideration and, in the alternative, for a certificate of appealability.

The motion to reconsider is denied. As to the Petitioner's request that a certificate of appealability issue, an appeal may not be taken to the court of appeals from the denial of a motion pursuant to 28 U.S.C. § 2255 unless a certificate of appealability has been issued. **28 U.S.C. § 2253(c)(1)(B).** Such a certificate may not issue unless the applicant has made a substantial showing of the denial of a constitutional right. **28 U.S.C. § 2253(c)(2).** The Petitioner has not made such a showing.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for reconsideration and, in the alternative, for a certificate of appealability is hereby **DENIED.**

**Signed: July 26, 2005**

Lacy H. Thornburg
United States District Judge